1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10

11  DEUTSCHE BANK NATIONAL TRUST            CASE NO. 12cv1580 JM(NLS)
    COMPANY as Trustee for Morgan Stanley
12  ABS Capital I Inc, Trust 2006-WMC,      ORDER REMANDING ACTION TO
                                            STATE COURT
13                              Plaintiff,

14          vs.

15  J. ALEJANDRO MARCHENA; LETICIA
    LUCIA MONTANO; LUIS ENRIQUE
16  ARMAS,

17                              Defendants.

18          On June 26, 2012, Defendants filed a Notice of Removal of Plaintiff's unlawful detainer action.

19  The court sua sponte remands this action to state court. See Maniar v. FDIC, 979 F.2d 782, 785 (9th

20  Cir. 1992) (the court may sua sponte remand an action to state court).

21          Federal courts are courts of limited jurisdiction. "Without jurisdiction the court cannot proceed

22  at all in any cause.  Jurisdiction is power to declare the law, and when it ceases to exist, the only

23  function remaining to the court is that of announcing the fact and dismissing the cause." Steel Co. v.

24  Citizens for a Better Environment, 523 U.S. 83, 94 (1998) (quoting Ex parte McCardle, 74 U.S. (7

25  Wall.) 506, 514, 19 L.Ed. 264 (1868)).  Accordingly, federal courts are under a continuing duty to

26  confirm their jurisdictional power and are even "obliged to inquire sua sponte whenever a doubt arises

27  as to [its] existence. . . ." Mt. Healthy City Sch. Dist. Bd. of Educ. v. Doyle, 429 U.S. 274, 278 (1977)

28  (citations omitted).

1   The state court complaint alleges that Plaintiff purchased the property under a power of sale

2   provision contained in the deed of trust executed by Defendants J. Alejandro Marchena, Leticia Lucia

3   Montano, and Luis Enrique Armas.  (Compl. ¶5).  The complaint specifically limits the amount of

4   damages to an amount not to exceed $10,000.  (Compl. at p.1).  As the court has diversity jurisdiction

5   only over civil actions "where the matter in controversy exceeds the sum or value of $75,000," 28

6   U.S.C. §1332(a), the court lacks subject matter jurisdiction to entertain the underlying action.  See

7   Caterpillar Inc. v. Williams, 482 U.S. 386, 392 (1987) ("Only state-court actions that originally could

8   have been filed in federal court may be removed to federal court by the defendant.").[1]

9   In sum, the court remands the action to state court and instructs the Clerk of Court to close the

10  file.  The court also denies the motion to proceed in forma pauperis without prejudice as moot.

11  **IT IS SO ORDERED.**

12  DATED:  June 28, 2012

13  _____

14  Hon. Jeffrey T. Miller
    United States District Judge

15  cc:        All parties

16

17

18

19

20

21

22

23

24

25

26

27

28  [1] The court notes that Plaintiff's claim arises solely under state, and not federal law. Consequently there is no basis for the court to exercise federal question jurisdiction over the complaint pursuant to 28 U.S.C. §1331.

- 2 -

12cv1580